**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| COOPERATIVA DE AHORRO Y CREDITO DE AGUADA * * * Plaintiff * * v. * * PABLO VILLANUEVA-GONZALEZ, JR., et al. * * * Defendants * | Civil No. 06-1112(SEC) |

**ORDER**

On January 27, 2006 Plaintiff filed a complaint in this action against Defendants (**Docket # 1**). Pursuant to Fed. R. Civ. P. 4(m), the time to serve process upon Defendants has expired and, to this day, Plaintiffs have not provided proof of service for Defendants. Therefore, as provided by Fed. R. Civ. P. 4(m), the Court is hereby **giving notice** to Plaintiff that it intends to dismiss the case against Defendants if proof of service is not timely filed, as required by Rule 4(l) of the Federal Rules of Civil Procedure, **by August 7, 2006**. Any requests for an extension of time to serve process shall be timely filed before the expiration of this term, showing good cause why it should be granted.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of August, 2006.

S/ Salvador E. Casellas
SALVADOR E. CASELLAS
U.S. Senior District Judge